

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00214-CV

**IN THE INTEREST OF G.F., JR.** and A.F., Children

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2016CVG000043C1
Honorable Belinda Mendez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: September 1, 2021

DISMISSED

On May 25, 2021, appellant filed a notice of appeal in the trial court, and a copy was filed with us the next day. Appellant states in her notice that she requests a trial de novo on the merits of this case, which concerns child support arrears. After receiving this filing, a deputy clerk of our court contacted the office of appellant's counsel, and a paralegal in the office indicated that the notice of appeal was not intended as an appeal to our court. The deputy clerk requested that appellant file a motion to dismiss the appeal. On August 10, 2021, appellant filed a "Notice of Nonsuit and Voluntary Dismissal," requesting that we "enter a Nonsuit on all claims against Appellee." We construe appellant's filing as a motion to dismiss this appeal. Appellee has not responded. *See* TEX. R. APP. P. 10.3(a). Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM